**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6612**

ANDRE WILBURN,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

**No. 25-6613**

ANDRE WILBURN,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeals from the United States District Court for the Northern District of West Virginia, at Wheeling. John Preston Bailey, District Judge. (5:25-cv-00057-JPB-JPM; 5:25-cv-0073-JPB-JPM)

Submitted: February 19, 2026                    Decided: February 24, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Andre Wilburn, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Andre Wilburn appeals the district court's order denying, in relevant part, his "Motion to Vacate or Alter Judgment, Consolidate Cases, and Reopen Case."[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wilburn v. United States*, Nos. 5:25-cv-00057-JPB-JPM; 5:25-cv-00073-JPB-JPM (N.D. W. Va. July 1, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Wilburn has filed motions to waive informal briefing, for bail pending appeal, and for default judgment, which we deny. We deny as moot Wilburn's motion to expedite a decision on his motion for bail pending appeal.

3